No. 95–6353. BIVINS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 95–6361. AGUIRRE-CERDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6367. CAIN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–6377. ALBA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–6381. FULLER *v.* WOOTEN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–6391. POWERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6398. SPIVEY *v.* THOMAS, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 95–6424. BRYANT-BEY *v.* OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 95–6427. STRETCHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6446. DIXON *v.* OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 95–6640. SCOTT *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–6654. MILLER *v.* LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 95–6656. KIGHT *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–6657. JOHNSON *v.* UTAH. Dist. Ct. Utah, Kane County. Certiorari denied.

No. 95–6669. GRANBERRY *v.* HEISNER ET AL. C. A. 7th Cir. Certiorari denied.